# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:22-cv-02293-SDG
## Ruiz v. Zinsou
## Honorable J. Elizabeth McBath

Minute Sheet for proceedings held In Open Court on 12/09/2022.

TIME COURT COMMENCED: 10:11 A.M.
TIME COURT CONCLUDED: 1:30 P.M.      TAPE NUMBER: Zoom
TIME IN COURT: 3:19                   DEPUTY CLERK: Neethu Varghese
OFFICE LOCATION: Atlanta

ATTORNEY(S) PRESENT: Tamar Faulhaber representing Jerisse Louise Aguey Zinsou
Patricia Shewmaker representing Juan David Cardona Ruiz
** Bonnie Stinson appearing on behalf of the Plaintiff

OTHER(S) PRESENT: Juan David Cardona Ruiz, Plaintiff
Jerisse Louise Aguey Zinsou, Defendant
Tuscan Fairfield appearing on behalf of the Plaintiff

PROCEEDING CATEGORY: Settlement Conference;

MINUTE TEXT: The parties participated in a settlement conference and reached a settlement agreement. Judge J. Elizabeth McBath terminated as the settlement judge.